IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERVAL LICENSING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AOL INC,<br><br>    Defendant.<br>                                               / | No. C 12-80210 SI<br><br>Underlying Case No. 10-cv-01385-MJP<br>Pending in Western District of Washington<br><br>**ORDER GRANTING MOTION TO CHANGE TIME** |

    Currently before the Court is AOL's motion to change the hearing date on a pending motion to quash AOL's deposition subpoenas. The motion to quash is brought by two third-party patent inventors whose patents are in dispute in the underlying action. The third-party inventors' motion to quash is currently set for hearing on October 19, 2012, and the briefing is complete. In their motion to quash, the third-party inventors agree to be deposed, but ask this Court to delay those depositions until document production disputes between AOL and plaintiff Interval licensing have been resolved and responsive documents produced. Absent an order requiring the depositions to proceed only after the discovery dispute has been resolved and documents produced, the inventors fear they will be subjected to a second deposition.

    AOL seeks an order shortening time on the hearing for the motion to quash, asking the Court to move the hearing date from October 19 to October 5, 2012. AOL argues that because its claim construction brief in the underlying action is due on October 5, 2012 and its responsive brief due October 26, 2012, AOL will effectively be deprived of the ability to use the inventors' testimony if the

motion to quash is not heard until October 19, 2012. Motion to Change Time [Docket No. 7 at 2]. The third-party inventors oppose the motion to change time and argue that the motion to quash may become moot because they intend, within the next "few days," to file a motion for a protective order in the underlying case seeking to postpone their depositions. Reply in Support of Motion to Quash [Docket No. 8] at 4-5.

The Court will grant AOL's motion to shorten time, but will reset this matter for hearing on **October 12, 2012 at 9:00 am.** If there is a ruling from the Western District of Washington on the yet-to-be-filed motion for a protective order prior to that date, the parties shall so inform this Court.

**IT IS SO ORDERED.**

Dated: September 24, 2012

SUSAN ILLSTON
United States District Judge