IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERVAL LICENSING LLC,

    Plaintiff,

  v.

AOL INC,

    Defendant.

    /

No. C 12-80210 SI

Underlying Case No. 10-cv-01385-MJP
Pending in Western District of Washington

**ORDER DENYING MOTION TO RECONSIDER; AMENDING ORDER DENYING MOTION TO QUASH**

Currently before the Court is the movants' motion to reconsider the Court's October 4, 2012 Order, which denied movants' motion to quash and ordered the movants' depositions to be taken within ten days of the date of that Order. Docket No. 11. The motion to reconsider is DENIED. However, in light of the October 9, 2012 filing of movants' and plaintiff Interval's motion for a protective order in the Western District of Washington, the Court's Order DENYING the motion to quash is AMENDED as follows: movants' depositions shall be taken on or before October 24, 2012, unless the parties and movants stipulate to further extend the deadline or unless the Western District of Washington issues a protective order and/or requests additional time to rule on the pending motion for a protective order.

**IT IS SO ORDERED.**

Dated: October 12, 2012

SUSAN ILLSTON
United States District Judge